# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISION

| | |
|---|---|
| In Re: | Case No. 22-11725 |
| Derrick Maurice Williams Sr., Elisha Faye Williams, | Chapter 13 |
| Debtors. | Judge Derek J. Baker |

## REQUEST FOR SERVICE OF NOTICE

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that Bonial & Associates, P.C. has been engaged by the interested party identified below to serve as its authorized agent in this matter.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankruptcy Court upon the creditor at the following address:

NewRez LLC d/b/a Shellpoint Mortgage Servicing
PO Box 10826,
Greenville, South Carolina 29603-0826

Respectfully submitted,
Bonial & Associates, P.C.

/s/ Paul W. Cervenka
Paul W. Cervenka
14841 Dallas Parkway, Suite 350
Dallas, Texas 75254
(972) 643-6600
(972) 643-6698 (Telecopier)
E-mail: POCInquiries@BonialPC.com
Authorized Agent for NewRez LLC d/b/a
Shellpoint Mortgage Servicing

**CERTIFICATE OF SERVICE OF REQUEST FOR SERVICE OF NOTICE**

I hereby certify that a true and correct copy of the foregoing document has been filed with the court and served upon the following parties in interest on or before April 10, 2025 via U.S. Mail. All other parties in interest listed on the Notice of Electronic Filing have been served electronically.

**Debtor**                          *Via U.S. Mail*
Derrick Maurice Williams Sr.
6333 Eastwood Street
Philadelphia, PA 19149

**Debtor**                          *Via U.S. Mail*
Elisha Faye Williams
6333 Eastwood Street
Philadelphia, PA 19149

Respectfully Submitted,

/s/ Paul W. Cervenka
Paul W. Cervenka