B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Pennsylvania

In re  DERRICK MAURICE WILLIAMS and ELISHA FAYE WILLIAMS  ,        Case No.  2-22-BK-11725

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| LVNV Funding LLC | NAVY FEDERAL CREDIT UNION |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:   LVNV Funding LLC
    PO Box 10587
    Greenville SC 29603

Court Claim # (if known): _____3_____
Amount of Claim: _____3,542.01_____
Date Claim Filed: _____7/8/2022_____

Phone:  (877) 264-5884
Last Four Digits of Acct #: _____1456_____

Phone: _____
Last Four Digits of Acct. #: _____1456_____

Name and Address where transferee payments should be sent (if different from above):
    Resurgent Capital Services
    PO Box 10587
    Greenville, SC  29603
Phone:  (877) 264-5884
Last Four Digits of Acct #: _____1456_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Lore'l Thompson                              Date:  9/26/2025
    Transferee/Transferee's Agent
    (877) 264-5884
    AskBk@Resurgent.com

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.